JLG:MFS/APW
F#: 2025R00646

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARC SERAFINO,

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR
AN ARREST WARRANT

(18 U.S.C. § 2252(a)(2))

No. 25-MJ- 323

EASTERN DISTRICT OF NEW YORK, SS:

　　　　SEAN GARRY, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

Receipt and Distribution of Child Pornography

　　　　In or about and between January 2025 and November 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MARC SERAFINO did knowingly and intentionally receive and distribute one or more visual depictions using one or more means and facilities of interstate and foreign commerce, which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, to wit: an Apple iPhone Xs Max with serial number FFMXR1T0KPHG, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Section 2252(a)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with DHS-HSI, and have been since November 2017. I have been involved in the investigation of numerous cases involving computer or cyber-crimes, including those pertaining to the online exploitation of children, and the receipt, possession, production and distribution of child sexual abuse materials ("CSAM"). Through my training, education, and experience, I am familiar with the tactics and methods used by individuals who collect and distribute child pornographic material, and I have participated in the execution of multiple search warrants relating to child pornography offenses, including search warrants for electronic devices, and have effectively used the results of these searches in connection with the prosecution of offenders.

2. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, including the execution of a federal search and seizure warrant; from my review of the investigative file; and from conversations with and reports of other law enforcement officers involved in the investigation.

3. On or about November 6, 2025, I and other law enforcement agents and officers executed a federal search and seizure warrant, stamped 25-MC-04323 (JMW) (hereinafter, the "Search Warrant"), which authorized the search of a residential premises in Garden City, New York, and the person of the defendant MARC SERAFINO, including the

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

search and seizure of any and all cellphones and electronic devices. In substance and in part, the Search Warrant described the receipt and distribution of numerous images and/or videos depicting CSAM, via Kik Messenger,[2] from approximately January 2025 through September 2025, by SERAFINO. Certain of those images are described herein, in substance and in part, as follows:

        a.     On or about January 20, 2025, at approximately 21:01:46 UTC, the defendant sent the following two images to another Kik user in a private chat message.

- Filename: 843324fa-84e3-4c9b-9314-cae859d2ebf7.jpg
  MD5: 94b38b960de22b82019aef9d6bf49c14

In substance, this image depicts a prepubescent female, approximately eight to ten years of age, wearing a blue t-shirt and nude from the waist down. The prepubescent female's vagina is visible, displayed in a lewd and lascivious manner.

- Filename: 841d8be4-e528-4446-9502-62ec36eb25ab.jpg
  MD5: cecfdbd28bfaa9b7520be3a89476d4c1

In substance, this image depicts a nude prepubescent female, approximately six to eight years of age, from the pubic-area up. The prepubescent female's vagina is visible, displayed in a lewd and lascivious manner.

        b.     On or about September 8, 2025, at approximately 22:04:17 UTC

---

[2] Kik Messenger, commonly called "Kik," is a freeware instant messaging mobile and social networking application. According to publicly-available information (including "Kik's Guide for Law Enforcement"), to use this application, a user downloads the application to a mobile phone, computer, or other digital device via a service such as the iOS App Store, Google Play Store, Apple iTunes, or another similar provider. Once the application is downloaded and installed, the user is prompted to create an account and username. The user also creates a display name, which is a name that other users see when transmitting messages back and forth. Once the user has created an account, the user is able to locate other users via a search feature. While messaging, users can then send each other text messages, images, and videos.

3

the defendant sent the following image to another Kik user in a private chat message:

- Filename: 4ba6ccd7-5b88-410a-9227-9f0edb5edd50.jpg
  MD5: 5e5286313541825ede0fa23192241879

In substance, this image depicts a nude, prepubescent female, approximately eight to ten years of age, from the thighs up. The prepubescent female's vagina is visible, displayed in a lewd and lascivious manner.

4. During the execution of the Search Warrant, as described above, law enforcement agents recovered six cellular phones throughout the Subject Premises, including one an Apple iPhone Xs Max with serial number FFMXR1T0KPHG, located in a basement office (hereinafter, the "Basement Office Cellphone"). The forensic analysis and review of these electronic devices, pursuant to the Search Warrant, is ongoing.

5. On November 6, 2025, the defendant MARC SERAFINO waived his Miranda rights and agreed to speak with law enforcement. In substance and in relevant part, the defendant acknowledged that the Basement Office Cellphone was his, acknowledged that there was CSAM on the Basement Office Cellphone, and instructed agents how to find the CSAM on the Basement Office Cellphone.

6. As noted above, law enforcement's review of the electronic devices seized pursuant to the Search Warrant, including the Basement Office Cellphone, is ongoing. However, law enforcement's preliminary review of the Basement Office Cellphone revealed the three CSAM images described supra in paragraph 3.a and 3.b.

4

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant MARC SERAFINO so that he may be dealt with according to law.

---
SEAN GARRY
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
13th day of November, 2025

/s/ Anne Y. Shields
---
THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK