TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*******************************

US v. Serafino

__25 MJ 323__
Docket Number

*******************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Andrew Wenzel
Firm Name: USAO – EDNY
Address: 610 Federal Plaza, Central Islip, NY

Phone Number: 718-887-1294
E-Mail Address: ___

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

Defendant not yet in custody

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.
DATED: 11/13/25 Central Islip, NEW YORK

/s/ Anne Y. Shields

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE ___ DATE ___

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

November 13, 2025          _Andrew P. Wenzel_
DATE                       SIGNATURE