# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Marc Serafino | ) Case No. 25 MJ 323 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or Fed. R. Crim. P. 32.1.

Date: 11/13/25

_____
Defendant's signature

Nancy Bartung
Signature of defendant's attorney

Nancy Bartung
Printed name and bar number of defendant's attorney

666 Old Country Rd
Address of defendant's attorney

Garden City, NY
E-mail address of defendant's attorney

516 248 5210
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney