# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25 MJ 323 |
| Marc Serafino ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/13/25

_____
*Defendant's signature*

NANCY BARTUNG
*Signature of defendant's attorney*

Nancy Bartung
*Printed name and bar number of defendant's attorney*

666 Old Country Rd
*Address of defendant's attorney*

Garden City NY
*E-mail address of defendant's attorney*

516 248 5520
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*